**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:15cv500 |
| | § | (Judge Clark/Judge Bush) |
| 2007 CHEVROLET TAHOE | § | |
| VIN 1GNFC13017R283721 | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 6, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment (Dkt. # 8) should be GRANTED, that a judgment of forfeiture be entered in favor of the United States, that all right, title, and interest in the Defendant property should be vested in the United States, and that the Defendant property should be disposed of according to law.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Plaintiff's Motion for Default Judgment (Dkt. # 8) is GRANTED and a judgment of forfeiture shall be entered in favor of the United States.

So **ORDERED** and **SIGNED** this **23** day of **December, 2015.**

_____
Ron Clark, United States District Judge